IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR92 |
| vs. | ) | |
| | ) | ORDER |
| WENDI REICH, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant, Wendi Reich's Unopposed Motion to Continue Trial [108]. Counsel needs additional time to complete plea negotiations. The court has been advised that the co-defendants do not object to the continuance and have requested change of plea hearings. The undersigned magistrate judge finds that good cause exists for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [108] is granted as follows:

1. The jury trial now set for May 30, 2023, is continued to August 15, 2023.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 15, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: May 17, 2023.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge