IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WENDI REICH,<br><br>　　　　　　　Defendant. | 8:22–CR–92<br><br>ORDER |

Before the Court is the defendant's Motion for Release of Property. Filing 176. The defendant avers that she is entitled to "personal property being held [by the] Omaha Police Department," and requests that the property be released to a third party. Filing 221. Federal Rule of Criminal Procedure 41(g) provides,

> A person aggrieved . . . by the deprivation of property may move for the property's return. The motion must be filed in the district where the property was seized. The court must receive evidence on any factual issue necessary to decide the motion. If it grants the motion, the court must return the property to the movant, but may impose reasonable conditions to protect access to the property and its use in later proceedings.

Fed. R. Crim P. 41(g). Because the defendant effectively alleges that she is "aggrieved . . . by the deprivation of property," the Court will order the Government to respond to her Motion no later than 21 days after the date of this Order. The Government should indicate whether it is aware of the defendant's personal property being held by the Omaha Police department. The Government should also indicate its view as to whether the defendant is legally entitled to the return of this property. Accordingly,

　　IT IS ORDERED:

　　1. The defendant's Motion for Return of Property, Filing 176, remains pending; and

2. The Government shall respond to the defendant's motion no later than March 12, 2025.

Dated this 19th day of February, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge